**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PAUL VELGOS, | CASE NO.:  2:26-cv-00329-CKD |
| Plaintiff, | |
| v. | [proposed] **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| STUDIO 65 DANCE COMPANY, INC., | |
| Defendant. | |

Before the Court is Plaintiff PAUL VELGOS's Second Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Complaint.  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.**  Defendant STUDIO 65 DANCE COMPANY, INC. shall have until May 4, 2026 to respond to Plaintiff's Complaint.

Dated:  March 27, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 velg26cv0329.stip.eot

1